RECEIVED

MAR 0 4 20

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

TRENTON DIVISION

RECEIVED

2021 MAR -4 P 12: 11

USDC FOR NJ

COMPLAINT

Plaintiff:

Samuel B. Katzovicz II

Jury Trial: X (Yes)

<against>

Defendant:

HIH Logistics Inc., Enelgreen Power Inc.,

I. Parties in this complaint:

Plaintiff:

A.  Samuel B. Katzovicz II

   50 Andover Dr

   Kendall Park NJ 08824

Defendant:

A   HIH Logistics Inc.,

   17800 Castleton St. #578

   City of Industry, CA 91748

   Lacey Pang, Rachel Qui

   Enel Green Power

   100 Brickstone Sqr #300

   Andover, MA 01810

   Salvatore Bernabei.

II. Basis for Jurisdiction

   A. Diversity of Citizenship

   B. N/A

    C. Plaintiff: State of New Jersey

    D. Defendant: State of California, State of Texas, State of Massachusetts+Interntional

III. Statement of Claims:

    A. Location: The events took place in Houston TX, State of NJ and State of California, State of Massachusetts

    B. Dates: Oct 2020 through Jan 2021

C. Facts:

    Defendant, through its agents, ordered ocean container and freight moving services from TMX Intermodal TX. All the requested services were performed, subject to standard terms and conditions of service, signed by the defendant.

All the shipments were received by intended consignee, in good order.

TMX Intermodal submitted all required documents, included but not limited to service invoices, to the defendant.

The defendant refused to pay any and all invoices for services rendered in good faith.

Samuel B. Katzovicz bought TMX Intermodal claim against HIH Logistics Inc., Enel Green Power

IV. Injuries: Reputation, employee and financial loss to TMX, predatory demands and irreparable harm to the service provider (Plaintiff)

V. Relief:

Samuel B. Katzovicz is asking for all service invoices (about 75,000$)+plus all accrued late charges additional services for product recovery and damages of 500,000.00 (five hundred thousands $) totaling 575,000.00 (five hundreds and seventy five thousands $)

I declare under penalty of perjury that the foregoing is true and correct

Signed 3 day of March 2021

Signature _[signature]_

Mailing: Samuel B. Katzovicz 50 Andover Dr

    Kendall Park NJ 08824

    Email: skatzovicz@yahoo.com

I declare under penalties of perjury that true copies of the above were provided to all the defendants in this action

Signed 3 day of March 2021

Signature _[signature]_

Mailing: Samuel B. Katzoviez,

    50 Andover Dr

    Kendall Park NJ 08824